Certificate Number: 15557-NJ-CC-040168084



15557-NJ-CC-040168084

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>October 6, 2025</u>, at <u>4:33</u> o'clock <u>PM EDT</u>, <u>Lisa Rivera</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by telephone</u>.

Date:    <u>October 6, 2025</u>          By:      <u>/s/Ann Nkatha</u>

                                       Name:    <u>Ann Nkatha</u>

                                       Title:   <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).