Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21000−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Ann Rivera
   2407 Stokes Rd
   Mount Laurel, NJ 08054−6434

Social Security No.:
   xxx−xx−8487

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            12/17/25
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 17, 2025
JAN: eag

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Lisa Ann Rivera  
Debtor

Case No. 25-21000-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Oct 17, 2025 | Form ID: 132 | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Ann Rivera, 2407 Stokes Rd, Mount Laurel, NJ 08054-6434 |
| 520850151 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 520850163 | + | Diagnostic Pathology Consultants, 1919 South Highland Avenue Suite 210, Bl, Lombard, IL 60148-6153 |
| 520850168 | + | Kevin Alfee, DMD, LLC, 244 West Main Street, Moorestown, NJ 08057-2367 |
| 520850169 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 520850187 | | U.S. Attorney, District of N.J., Peter Rodino Federal Building, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 520850188 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 520850189 | + | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520850190 | + | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 520850191 | | Virtua Health, PO Box 71438, Philadelphia, PA 19176 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 17 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 17 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520850147 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 21:10:21 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520850153 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 17 2025 20:45:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 520850157 | | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2025 20:45:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 520850158 | | Email/Text: cfcbackoffice@contfinco.com | Oct 17 2025 20:45:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 520850160 | | Email/Text: correspondence@credit-control.com | Oct 17 2025 20:45:00 | Credit Control, LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 520850148 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 20:59:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520850149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 17 2025 20:59:42 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520850150 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2025 20:59:21 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 520850152 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 20:59:02 | Citibank/Sunoco CC, Attn: Bankruptcy, P.O. Box 6407, Sioux Falls, SD 57117-6407 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520850154 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 20:45:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 520850155 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 20:45:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520850156 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 17 2025 20:45:00 | Comenitycapital/balrd, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 520850159 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 20:59:04 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520850161 |   | Email/PDF: creditonebknotifications@resurgent.com | Oct 17 2025 20:59:19 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520850162 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 20:59:17 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520850164 |   | Email/Text: mrdiscen@discover.com | Oct 17 2025 20:45:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 520850170 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2025 20:59:23 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520850165 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 17 2025 20:58:47 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520850166 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2025 20:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520850167 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 20:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520850172 |   | Email/Text: ml-ebn@missionlane.com | Oct 17 2025 20:45:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520850171 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 17 2025 20:45:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520850173 | ^ | MEBN | Oct 17 2025 20:44:29 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 520850174 | + | Email/Text: netcreditbnc@enova.com | Oct 17 2025 20:46:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520850176 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 17 2025 20:59:04 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 520850175 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 20:58:53 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520850177 |   | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 17 2025 20:45:00 | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0001 |
| 520850178 | ^ | MEBN | Oct 17 2025 20:44:12 | State of New Jersey, Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 520850179 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:59:03 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520850180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:59:19 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 520850181 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:59:54 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520850182 |   | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:59:02 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 520850183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:58:49 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

| | | | | |
|---|---|---|---|---|
| 520850184 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 20:58:42 | Synchrony/American Eagle, Sttn: Bankruptcy PO Box 965065, Orlando, FL 32896-5065 |
| 520850185 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2025 21:10:17 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520850186 | | Email/Text: bankruptcy@sccompanies.com | Oct 17 2025 20:46:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520850189 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 17 2025 20:45:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520850190 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 17 2025 20:45:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 19, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Edward Jacob Gruber | on behalf of Debtor Lisa Ann Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3