**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Camden Division**

| | |
|---|---|
| Lisa Ann Rivera,<br><br>　　　　　　　　Debtor. | Case No. 25-21000-ABA<br>Chapter 13 |

**Certificate of Service**

　　I, Edward Jacob Gruber, certify that on November 19, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Statement Adjourning 341(a) Meeting of Creditors

　　I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: November 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　/s/ **Edward Jacob Gruber**
　　　　　　　　　　　　　　　　　　　　　　　Edward Jacob Gruber (#464712024)
　　　　　　　　　　　　　　　　　　　　　　　Cibik Law, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1500 Walnut Street, Suite 900
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　　　215-735-1060
　　　　　　　　　　　　　　　　　　　　　　　mail@cibiklaw.com

| Method of Service | CM/ECF |
|---|---|

**United States Trustee**
Office of the United States Trustee
1085 Raymond Blvd
One Newark Center, Suite 2100
Newark, NJ 07102-5235

**Andrew B. Finberg**
Office of the Chapter 13 Standing Trustee
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977

**Method of Service - Email & First Class Mail:**

**Attn: Ally Financial Dept.**
AIS Portfolio Services, LLC
Account: XXXXXXXX3762
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
Method of Service: First Class Mail

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540
bncnotices@becket-lee.com
Method of Service: Email

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285
Method of Service: First Class Mail

Capitalone
Po Box 31293
Salt Lake City, UT 84131
Method of Service: First Class Mail

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298
Method of Service: First Class Mail

Citibank/Best Buy
Citicorp Cr Srvs/Centralized
Bankruptcy PO Box 790040
St Louis, MO 63179-0040
Method of Service: First Class Mail

Citibank/Sunoco CC
Attn: Bankruptcy
P.O. Box 6407
Sioux Falls, SD 57117
Method of Service: First Class Mail

Citizens One
Attn: Bankruptcy
One Citizens Plaza
Providence, RI 02903
Bankruptcy.RI@Citizensbank.com
Method of Service: Email

Comenity Bank/Jared
Attn: Bankruptcy
P.O. Box 182125
Columbus, OH 43218-2125
Method of Service: First Class Mail

Comenity Bank/Kay Jewelers
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218
Method of Service: First Class Mail

Comenitycapital/balrd
Attn: Bankruptcy
POB 182125
Columbus, OH 43218
Method of Service: First Class Mail

Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd, Ste 4
Wilmington, DE 19808-2952
cfcbackoffice@contfinco.com
Method of Service: Email

Continental Finance Company
Attn: Bankruptcy
4550 New Linden Hill Rd, Ste 400
Wilmington, DE 19808-2952
cfcbackoffice@contfinco.com
Method of Service: Email

Costco Citi Card
Attn: Bankruptcy
PO Box 6500
Sioux Falls, SD 57117
Method of Service: First Class Mail

Credit Control, LLC
3300 Rider Trail S Suite 500
Earth City, MO 63045
correspondence@credit-control.com
Method of Service: Email

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273
creditonebknotifications@resurgent.com
Method of Service: Email

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804
MerrickBKNotifications@Resurgent.com
Method of Service: Email

Diagnostic Pathology Consultants
1919 South Highland Avenue
Suite 210, Bldg A
Lombard, IL 60148
Method of Service: First Class Mail

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851
Method of Service: First Class Mail

Fst Premier
3820 N Louise Avenue
Sioux Falls, SD 57107
Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
Method of Service: First Class Mail

**Jefferson Capital Systems**
Attn: Bankruptcy
200 14th Ave E
Sartekk, MN 56377
Method of Service: First Class Mail

**Kevin Alfee, DMD, LLC**
244 West Main Street
Moorestown, NJ 08057
Method of Service: First Class Mail

**LVNV Funding LLC/**
**Resurgent Capital Services**
Resurgent Correspondence, Attn:
Bankruptcy PO Box 1269
Greenville, SC 29602
Method of Service: First Class Mail

**Macy's/ DSNB**
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104
Method of Service: First Class Mail

**Method of Service - Email & First Class Mail (Cont.):**

Midland Credit Mgmt
Attn: Bankruptcy
PO Box 939069
San Diego, CA 92193
bankruptcydpt@mcmcg.com
Method of Service: Email

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348
ml-ebn@missionlane.com
Method of Service: Email

NCB Management Services
Attn: Bankruptcy
1 Allied Drive
Trevose, PA 19053
Method of Service: First Class Mail

Netcredit/rb
Attn: Bankruptcy Dept
175 W Jackson Blvd, Ste 1000
Chicago, IL 60604
netcreditbnc@enova.com
Method of Service: Email

Plusfinance/cws
Po Box 9222
Old Bethpage, NY 11804
MerrickBKNotifications@Resurgent.com
Method of Service: Email

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
P.O. Box 41067
Norfolk, VA 23541-1067
Method of Service: First Class Mail

State of New Jersey
Division of Taxation, Bankruptcy Section
PO Box 245
Trenton, NJ 08695-0001
NJTax.BNCnoticeonly@treas.nj.gov
Method of Service: Email

State of New Jersey
Attorney General
PO Box 112
Trenton, NJ 08625-0112
Method of Service: First Class Mail

Syncb/Paypal
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060
Method of Service: First Class Mail

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247
Method of Service: First Class Mail

Synchrony Bank/Gap
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065
Method of Service: First Class Mail

Synchrony Bank/ShopNBC
Attn: Bankruptcy Department
Po Box 965065
Orlando, FL 32896-5065
Method of Service: First Class Mail

Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896
Method of Service: First Class Mail

Synchrony/American Eagle
Sttn: Bankruptcy
PO Box 965065
Orlando, FL 32896-5065
Method of Service: First Class Mail

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064
Method of Service: First Class Mail

The Swiss Colony/Country Door
Attn: Bankruptcy
1112 Seventh Ave
Monroe, WI 53566-1364
Method of Service: First Class Mail

U.S. Attorney, District of N.J.
Peter Rodino Federal Building
970 Broad St Ste 700
Newark, NJ 07102-2534
Method of Service: First Class Mail

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683
Method of Service: First Class Mail

Upstart Finance
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070
UpStart@ebn.phinsolutions.com
Method of Service: Email

Upstartnet
P.o. Box 1503
San Carlos, CA 94070
UpStart@ebn.phinsolutions.com
Method of Service: Email

Virtua Health
PO Box 71438
Philadelphia, PA 19176
Method of Service: First Class Mail