UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## NOTICE OF DEBTOR'S MOTION TO VACATE DISMISSAL OF CASE

Debtor Lisa Ann Rivera has filed papers with the court to vacate dismissal of this bankruptcy case.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than 7 days prior to the hearing date.

Hearing Date:       April 7, 2026

Hearing Time:       10:00 a.m.

Hearing Location:   Mitchell H. Cohen U.S. Courthouse
                    400 Cooper Street, 4th Floor
                    Camden, NJ 08101

Courtroom Number:   4B

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before 7 days prior to the hearing date.

You must also mail a copy of your response to:

Edward Jacob Gruber
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: March 12, 2026                    /s/ Edward Jacob Gruber
                                        Edward Jacob Gruber