Case 25-21000-ABA    Doc 32-1    Filed 03/12/26    Entered 03/12/26 13:44:47    Desc
Certification in Support of Motion    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

**EGTVKHKECVKQP'QH'GFYCTF'LCEQD'I TWDGT'KP'UWRRQTV'QH'
FGDVQT¢U'O QVKQP'VQ'XCECVG'FKUO KUUCN'QH'ECUG**

K'Gfy ctf"Lceqd"I twdgt."egtvkh{"cu"hqnqy u<

1. Kco "eqwpugn'qh'tgeqtf"hqt"vjg"cdqxg"fgdvqt0

2. Wrqp"kphqtocvkqp"cpf"dgnkgh"vjg"Fgdvqt)u"ewttgpv"rtqrqugf"rncp."hkngf"cv'GEH'Pq048"*vjg" $Rncp$+."ecnnu"hqt"rc{ogpvu"kp"vjg"co qwpv"qh"&673028"vq"dg"ocfg"vq"vjg"Uvcpfkpi "Vtwuvgg" *vjg"$Vtwuvgg$+'dgikppkpi "kp"Hgdtwct{"qh"4248, and pays 100% to all timely claims.

3. Wrqp"kphqtocvkqp"cpf"dgnkgh"cv'vjg"eqphktocvkqp"jgctkpi "vjcv'y cu"jgnf"qp"Hgdtwct{"47." 4248."vjg"Vtwuvgg"kpfkecvgf"vjcv'c"rc{ogpv'jcf"pqv"{gv"dggp"tgegkxgf"hqt"vjg"o qpvj "qh" Hgdtwct{."cpf "tgoo gofgf "c"rgtgo rvqt{"cfloqwtpo gpv'vq"O ctej "33."4248."vq"cnqy "vjg" Fgdvqt"ko g"vq"o cng"c"rc{o gpv."cpf "kpfkecvgf "vjcv'kh'c"rc{o gpv'y cu"pqv'o cfg."fkuo kuucn" y qwnf "dg"tgeqo o gpfgf0

4. Wrqp"kphqtocvkqp"cpf"dgnkgh"vjg"Fgdvqt"o cfg"c"rc{o gpv'qh'&673028"xkc"VHU'kPRc{" *$VHU$+'qp"Hgdtwct{"49."4248."dwv'VHU'fkf"pqv'hkpkuj "rtqeguukpi "vjg"rc{o gpv'cpf "fgnkxgt" kv'vq"vjg"Vtwuvgg"wpvkn'O ctej "8."4248."y jkej "y cu"chvgt"vjg"Vtwuvgg"had tgxkgy gf "vjg"ecug"kp" cfxcpeg"qh'vjg"eqphktocvkqp"jgctkpi "jgnf "qp"O ctej "33."42480

5. Wrqp"kphqtocvkqp"cpf"dgnkgh"cv'vjg"eqphktocvkqp"jgctkpi "jgnf "qp"O ctej "33."4248." dgecwug"vjg"Fgdvqt)u"rc{o gpv'jcf "pqv'dggp"fgnkxgtgf "vq"vjg"Vtwuvgg'd{"vjg"ko g"vjg" Vtwuvgg"tgxkgy gf "vjg"ecug."cpf "wrqp"pq"hwtyjgt"pqvkeg"htqo "counsel."vjg"Vtwuvgg" tgeqo o gpfgf "fkuo kuucn'cu"vjg"Vtwuvgg'jcf "kpfkecvgf "y qwnf "cv'vjg"rtgxkqwu"jgctkpi " hqt"vjg"tgcuqp"uvcvgf "cdqxg"cpf "fwg"vq"c"ncem'qh'ugtxkeg"qh'vjg"Rncp0

6. Today, prior to the filing of this motion, the Plan was served by regular mail on all affected creditors, and a certification of service was filed at ECF No. 31.

7. Upon information and belief, the Debtor will be making the payment that comes due on March 16, 2026 to the Trustee via TFS's MoneyGram service because their traditional payment service is suspended while this case remains dismissed, and once received, the Trustee shall hold it in their suspense account and apply it in the event this motion is granted. Assuming all of the above occurs, the Debtor will be current on payments at the time this motion is granted.

Kegtvkh{"wpfgt"rgpcnv{"qh"rgtlwt{"vjcv'vjg"cdqxg"ku"twg0'

Fcvg<O ctej "34."4248"                    /s/'Gfy ctf "Lceqd "I twdgt_____
                                                                Gfy ctf "Lceqd "I twdgt