Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21000−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Ann Rivera
   2407 Stokes Rd
   Mount Laurel, NJ 08054−6434

Social Security No.:
   xxx−xx−8487

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/12/26.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: March 13, 2026
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 25-21000-ABA

Lisa Ann Rivera                                                                           Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 4
Date Rcvd: Mar 13, 2026 | Form ID: 148 | Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Lisa Ann Rivera, 2407 Stokes Rd, Mount Laurel, NJ 08054-6434 |
| 520850151 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 520850163 | + | Diagnostic Pathology Consultants, 1919 South Highland Avenue Suite 210, Bl, Lombard, IL 60148-6153 |
| 520850168 | + | Kevin Alfee, DMD, LLC, 244 West Main Street, Moorestown, NJ 08057-2367 |
| 520850169 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 520851668 | | Peter Rivera, 2407 Stokes Road, Mount Laurel, NJ 08054-6434 |
| 520850187 | | U.S. Attorney, District of N.J., Peter Rodino Federal Building, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 520850188 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 520850191 | | Virtua Health, PO Box 71438, Philadelphia, PA 19176 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 13 2026 21:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 13 2026 21:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520872258 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 22:01:48 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520853022 | + | EDI: AISACG.COM | Mar 14 2026 01:02:00 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520850147 | | Email/PDF: bncnotices@becket-lee.com | Mar 13 2026 22:02:20 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520850153 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 13 2026 21:55:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 520850157 | | Email/Text: cfcbackoffice@contfinco.com | Mar 13 2026 21:56:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 520850158 | | Email/Text: cfcbackoffice@contfinco.com | Mar 13 2026 21:56:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 520850160 | | Email/Text: correspondence@credit-control.com | Mar 13 2026 21:56:00 | Credit Control, LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 520850148 | | EDI: CAPITALONE.COM | Mar 14 2026 01:02:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520850149 | + | EDI: CAPITALONE.COM | Mar 14 2026 01:02:00 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520850150 | | EDI: JPMORGANCHASE | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 14 2026 01:02:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 520850152 | + | EDI: CITICORP | Mar 14 2026 01:02:00 | Citibank/Sunoco CC, Attn: Bankruptcy, P.O. Box 6407, Sioux Falls, SD 57117-6407 |
| 520850154 | | EDI: WFNNB.COM | Mar 14 2026 01:02:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 520850155 | + | EDI: WFNNB.COM | Mar 14 2026 01:02:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520850156 | + | EDI: WFNNB.COM | Mar 14 2026 01:02:00 | Comenitycapital/balrd, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 520850159 | + | EDI: CITICORP | Mar 14 2026 01:02:00 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520850161 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 13 2026 22:02:18 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520850162 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 22:01:26 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520850164 | | EDI: DISCOVER | Mar 14 2026 01:02:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 520850170 | | EDI: CITICORP | Mar 14 2026 01:02:00 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927477 | + | Email/Text: BNCnotices@dcmservices.com | Mar 13 2026 21:56:00 | EMERGENCY PHYSICIAN ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520850165 | + | EDI: AMINFOFP.COM | Mar 14 2026 01:02:00 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520850166 | | EDI: IRS.COM | Mar 14 2026 01:02:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520856786 | | EDI: JEFFERSONCAP.COM | Mar 14 2026 01:02:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520850167 | + | EDI: JEFFERSONCAP.COM | Mar 14 2026 01:02:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520855576 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2026 22:01:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520850172 | | Email/Text: ml-ebn@missionlane.com | Mar 13 2026 21:55:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520894897 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 22:01:25 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894898 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 22:01:52 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520907256 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2026 21:57:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520850171 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 13 2026 21:57:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520850173 | ^ | MEBN | Mar 13 2026 21:46:33 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 520850174 | + | Email/Text: netcreditbnc@enova.com | Mar 13 2026 21:58:00 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520895527 | | EDI: PRA.COM | Mar 14 2026 01:02:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520850176 | | EDI: PRA.COM | | |

Case 25-21000-ABA   Doc 34   Filed 03/15/26   Entered 03/16/26 00:22:37   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 13, 2026 | Form ID: 148 | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| | | Mar 14 2026 01:02:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 520850175 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 13 2026 22:01:26 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 520910932 | EDI: Q3G.COM | Mar 14 2026 01:02:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 520850177 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 13 2026 21:56:00 | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0001 |
| 520850178 | ^ MEBN | Mar 13 2026 21:45:05 | State of New Jersey, Attorney General, PO Box 112, Trenton, NJ 08625-0112 |
| 520850179 | EDI: SYNC | Mar 14 2026 01:02:00 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520850180 | + EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 520850181 | EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 520850182 | EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 520850183 | + EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 520850184 | EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony/American Eagle, Sttn: Bankruptcy PO Box 965065, Orlando, FL 32896-5065 |
| 520850185 | EDI: SYNC | Mar 14 2026 01:02:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 520850186 | EDI: CBS7AVE | Mar 14 2026 01:02:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520850189 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 13 2026 21:57:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 520850190 | + Email/Text: UpStart@ebn.phinsolutions.com | Mar 13 2026 21:57:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 50

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 15, 2026         Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Edward Jacob Gruber | on behalf of Debtor Lisa Ann Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4