Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21000−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa Ann Rivera
   2407 Stokes Rd
   Mount Laurel, NJ 08054−6434

Social Security No.:
   xxx−xx−8487

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              5/13/26
Time:              09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: April 8, 2026
JAN: har

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: |  | Case No. 25-21000-ABA

Lisa Ann Rivera |  | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 08, 2026 | Form ID: 132 | Total Noticed: 59 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | | Lisa Ann Rivera, 2407 Stokes Rd, Mount Laurel, NJ 08054-6434 |
| 520850151 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 520850163 | + | Diagnostic Pathology Consultants, 1919 South Highland Avenue Suite 210, Bl, Lombard, IL 60148-6153 |
| 520850168 | + | Kevin Alfee, DMD, LLC, 244 West Main Street, Moorestown, NJ 08057-2367 |
| 520850169 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 520851668 | | Peter Rivera, 2407 Stokes Road, Mount Laurel, NJ 08054-6434 |
| 520850187 | | U.S. Attorney, District of N.J., Peter Rodino Federal Building, 970 Broad St Ste 700, Newark, NJ 07102-2534 |
| 520850188 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 520850191 | | Virtua Health, PO Box 71438, Philadelphia, PA 19176 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2026 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2026 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520872258 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:39 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520853022 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2026 20:57:32 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520850147 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2026 20:57:32 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 520850153 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 08 2026 20:58:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 520850157 | | Email/Text: cfcbackoffice@contfinco.com | Apr 08 2026 20:58:00 | Continental Finance Co, Attn: Bankruptcy Attn: Bankruptcy, 4550 Linden Hill Rd , Ste 4, Wilmington, DE 19808-2952 |
| 520850158 | | Email/Text: cfcbackoffice@contfinco.com | Apr 08 2026 20:58:00 | Continental Finance Company, Attn: Bankruptcy, 4550 New Linden Hill Rd Ste 400, Wilmington, DE 19808-2952 |
| 520850160 | | Email/Text: correspondence@credit-control.com | Apr 08 2026 20:58:00 | Credit Control, LLC, 3300 Rider Trail S Suite 500, Earth City, MO 63045 |
| 520850148 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 20:57:39 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520850149 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2026 20:57:31 | Capitalone, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520850150 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |

District/off: 0312-1                        User: admin                                    Page 2 of 4

Date Rcvd: Apr 08, 2026                     Form ID: 132                                    Total Noticed: 59

| | | | |
|---|---|---|---|
| | | Apr 08 2026 20:57:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 520850152 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2026 21:20:31 | Citibank/Sunoco CC, Attn: Bankruptcy, P.O. Box 6407, Sioux Falls, SD 57117-6407 |
| 520850154 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2026 20:59:00 | Comenity Bank/Jared, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 520850155 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2026 20:59:00 | Comenity Bank/Kay Jewelers, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 520850156 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2026 20:59:00 | Comenitycapital/balrd, Attn: Bankruptcy, POB 182125, Columbus, OH 43218-2125 |
| 520850159 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2026 21:10:13 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 520850161 | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2026 20:57:40 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520850162 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:39 | Cws/cw Nexus, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 520850164 | Email/Text: mrdiscen@discover.com | Apr 08 2026 20:58:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 520850170 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2026 21:20:28 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 520927477 | + Email/Text: BNCnotices@dcmservices.com | Apr 08 2026 20:58:00 | EMERGENCY PHYSICIAN ASSOCIATES OF SOUTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520850165 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 08 2026 20:57:49 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 520850166 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2026 20:58:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520856786 | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2026 20:59:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520850167 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2026 20:59:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 520855576 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2026 20:57:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520850172 | Email/Text: ml-ebn@missionlane.com | Apr 08 2026 20:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520894897 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:39 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520894898 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2026 20:57:30 | Merrick Bank, PO Box 10368, Greenville, SC 29603-0368, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 520907256 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520850171 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2026 20:59:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 520850173 | ^ MEBN | Apr 08 2026 20:53:28 | NCB Management Services, Attn: Bankruptcy, 1 Allied Drive, Trevose, PA 19053-6945 |
| 520850174 | + Email/Text: netcreditbnc@enova.com | Apr 08 2026 20:59:09 | Netcredit/rb, Attn: Bankruptcy Dept, 175 W Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 520895527 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2026 20:57:49 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520850176 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 08, 2026 | Form ID: 132 | Total Noticed: 59 |

| | | | | | |
|---|---|---|---|---|---|
| | | | Apr 08 2026 20:57:49 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 | |
| 520850175 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | | |
| | | | Apr 08 2026 20:57:30 | Plusfinance/cws, Po Box 9222, Old Bethpage, NY 11804-9222 | |
| 520910932 | | Email/Text: bnc-quantum@quantum3group.com | | | |
| | | | Apr 08 2026 20:59:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 | |
| 520850177 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | | |
| | | | Apr 08 2026 20:58:00 | State of New Jersey, Division of Taxation Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0001 | |
| 520850178 | ^ | MEBN | | | |
| | | | Apr 08 2026 20:52:53 | State of New Jersey, Attorney General, PO Box 112, Trenton, NJ 08625-0112 | |
| 520850179 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:46 | Syncb/Paypal, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 520850180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:38 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 | |
| 520850181 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:46 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 | |
| 520850182 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:46 | Synchrony Bank/ShopNBC, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 | |
| 520850183 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:30 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 | |
| 520850184 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:46 | Synchrony/American Eagle, Sttn: Bankruptcy PO Box 965065, Orlando, FL 32896-5065 | |
| 520850185 | | Email/PDF: ais.sync.ebn@aisinfo.com | | | |
| | | | Apr 08 2026 20:57:30 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 | |
| 520850186 | | Email/Text: bankruptcy@sccompanies.com | | | |
| | | | Apr 08 2026 20:59:00 | The Swiss Colony/Country Door, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 | |
| 520850189 | + | Email/Text: UpStart@ebn.phinsolutions.com | | | |
| | | | Apr 08 2026 20:59:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 | |
| 520850190 | + | Email/Text: UpStart@ebn.phinsolutions.com | | | |
| | | | Apr 08 2026 20:59:00 | Upstartnet, P.o. Box 1503, San Carlos, CA 94070-7503 | |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2026                     Signature:            /s/Gustava Winters

District/off: 0312-1

Date Rcvd: Apr 08, 2026

User: admin

Form ID: 132

Page 4 of 4

Total Noticed: 59

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Edward Jacob Gruber | on behalf of Debtor Lisa Ann Rivera help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4