Form: ICB-16001-04 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In Re:

LISA ANN RIVERA

Debtor(s)

Proceedings in Chapter 13

Case No.: 25-21000 (ABA)

**CERTIFICATION OF ANDREW B. FINBERG, CHAPTER 13 STANDING TRUSTEE, TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE**

I, Andrew B. Finberg, Chapter 13 Standing Trustee ("Trustee") am authorized to make this certification.

1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.
2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.
3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.
4. Pursuant to the Order Confirming Chapter 13 Plan, the Court ordered the Debtor(s) to

perform as follows:... that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

5. I hereby certify that the Debtor(s) has/have not performed as Ordered by the Court in that the Debtor(s) has/have fallen behind in his/her/their Trustee payments.

6. Debtor(s)' case should be dismissed as the Debtor(s) is/are in arrears in the amount of $1,386.42 to the Trustee. Debtor(s) last payment was received on 10/22/2026 in the amount of $489.00.

Therefore, pursuant to 11 U.S.C. § 1307, the Trustee respectfully requests that the Court enter an Order to Dismiss Debtor(s)' Chapter 13 Bankruptcy Case.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11/25/2026

By: /s/ Andrew B. Finberg

Andrew B. Finberg
Chapter 13 Standing Trustee