UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

ANDREW B. FINBERG
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002-2977
(856) 663-5002

In Re:

LISA ANN RIVERA

Case No.: 25-21000

Adv. No.: ____________

Hearing Date: ____________

Judge: Andrew B. Altenburg, Jr.

## CERTIFICATION OF SERVICE

1. I, LUSHELL ALEXANDER :

☒ represent the Chapter 13 Standing Trustee in the above-captioned matter.

☐ am the secretary/paralegal for ____________________, who represents the _______________ in the above captioned matter.

☐ am the ______________________ in the above case and am representing myself.

2. On 11/25/2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

CERTIFICATION OF ANDREW B. FINBERG, CHAPTER 13 STANDING TRUSTEE, TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE

ORDER TO DISMISS DEBTOR(S)' CHAPTER 13 BANKRUPTCY CASE

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 11/25/2026

/s/ LUSHELL ALEXANDI
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LISA ANN RIVERA<br><br>2407 STOKES ROAD<br>MOUNT LAUREL, NJ<br>08054-6434 | Debtor(s) | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☐ Notice of Electronic Filing (NEF) |
| EDWARD J. GRUBER, ESQUIRE<br><br>CIBIK LAW, P.C.<br>1500 WALNUT STREET<br>SUITE 900<br>PHILADELPHIA, PA 19102 | Debtor(s) Counsel | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF) |